IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA GONZALEZ-ORTEGA, et al.,

        Plaintiffs

        v.

PUERTO RICO POLICE DEPARTMENT,

        Defendant

CIVIL NO. 05-1886 (JP)
**UNDER SEAL**

### ORDER

The Court has before it Plaintiffs' motion for disbursement of funds (**No. 134**). The Court **GRANTS** the motion, and **ORDERS** the Clerk of the Court to issue the following three checks:

    (1) One check in the amount of **one hundred forty-two thousand five hundred dollars ($142,500.00)**, including interest and less registry fees, made payable to the order of Migdalia González Ortega;

    (2) One check in the amount of **twenty-five thousand dollars ($25,000.00)**, including interest and less registry fees, made payable to the order of Alvin Aponte Marrero; and

    (3) One check in the amount of **sixty-seven thousand one hundred sixty-six dollars and sixty-eight cents ($67,166.68)**, including interest and less registry fees, be made payable to the order of Frank Inserni Milam.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19 day of December, 2007.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE